# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

### 2024 ND 197

State of North Dakota,                                   Plaintiff and Appellee

   v.

Damon John White Bird,                              Defendant and Appellant

### No. 20240132

Appeal from the District Court of Cass County, East Central Judicial District, the Honorable Wade L. Webb, Judge.

AFFIRMED.

Per Curiam.

Joshua J. Traiser, Assistant State's Attorney, Fargo, N.D., for plaintiff and appellee; on brief.

Samuel A. Gereszek, Grand Forks, N.D., for defendant and appellant; on brief.

**State v. White Bird**
No. 20240132

**Per Curiam.**

[¶1] Damon John White Bird appeals from a criminal judgment entered after he pled guilty to gross sexual imposition. On appeal, he argues the district court abused its discretion by denying his motion to withdraw his plea because he established a fair and just reason for withdrawal of his plea. After a review of the record, we conclude the district court did not abuse its discretion by denying his motion to withdraw his plea. We summarily affirm under N.D.R.App.P. 35.1(a)(4).

[¶2] In his supplemental brief, White Bird also argues his Sixth Amendment right to confront the witnesses against him was violated at the preliminary hearing because the detective testified to out-of-court statements made by several individuals. We summarily affirm under N.D.R.App.P. 35.1(a)(7). *See State v. Legare*, 2019 ND 276, ¶ 9, 935 N.W.2d 773 ("Generally, a guilty plea waives all non-jurisdictional claims and defenses.").

[¶3]   Jon J. Jensen, C.J.
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte
       Douglas A. Bahr